| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN District of NEW YORK (State) |
| Case number (If known): _____ Chapter 11 |

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**   193 HANCOCK LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**   82-2044345

4. **Debtor's address**

   **Principal place of business**
   193 HANCOCK STREET
   Number   Street

   BROOKLYN    NY    11216
   City        State   ZIP Code

   KINGS
   County

   **Mailing address, if different from principal place of business**
   93-16  71 DRIVE
   Number   Street

   P.O. Box

   FOREST HILLS, NY    11375
   City        State   ZIP Code

   **Location of principal assets, if different from principal place of business**
   _____
   Number   Street

   _____
   City        State   ZIP Code

5. **Debtor's website (URL)**   _____

Debtor  **193 HANCOCK LLC**
Name

Case number (if known) _____

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

**5 3 1 1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

Debtor **193 HANCOCK LLC**     Case number (if known) _____

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ☐ No
   ☒ Yes.    District *EASTERN PA*    When 05/23/2021    Case number 21-11486ELF
           District _____    When _____    Case number _____

   If more than 2 cases, attach a separate list.

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ☒ No
    ☐ Yes.   Debtor _____    Relationship _____
             District _____    When _____
             Case number, if known _____

    List all cases. If more than 1, attach a separate list.

11. **Why is the case filed in this district?**

    Check all that apply:

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No
    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (Check all that apply.)

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                    Number    Street

    _____
    City                          State ZIP Code

    **Is the property insured?**
    ☐ No
    ☐ Yes. Insurance agency _____
           Contact name _____
           Phone _____

**Statistical and administrative information**

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 3

Debtor  *193 HANCOCK LLC*  Case number (if known) _____

13. **Debtor's estimation of available funds**

    Check one:
    - [x] Funds will be available for distribution to unsecured creditors.
    - [ ] After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

14. **Estimated number of creditors**
    - [x] 1-49
    - [ ] 50-99
    - [ ] 100-199
    - [ ] 200-999
    - [ ] 1,000-5,000
    - [ ] 5,001-10,000
    - [ ] 10,001-25,000
    - [ ] 25,001-50,000
    - [ ] 50,001-100,000
    - [ ] More than 100,000

15. **Estimated assets**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

16. **Estimated liabilities**
    - [ ] $0-$50,000
    - [ ] $50,001-$100,000
    - [ ] $100,001-$500,000
    - [ ] $500,001-$1 million
    - [x] $1,000,001-$10 million
    - [ ] $10,000,001-$50 million
    - [ ] $50,000,001-$100 million
    - [ ] $100,000,001-$500 million
    - [ ] $500,000,001-$1 billion
    - [ ] $1,000,000,001-$10 billion
    - [ ] $10,000,000,001-$50 billion
    - [ ] More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  *11/27/2023*
    MM / DD / YYYY

    X _/s/ Alex A. Halimi_          *ALEX A. HALIMI*
    Signature of authorized representative of debtor       Printed name

    Title *MANAGING MEMBER*

Debtor   <u>193 HANCOCK LLC</u>      Case number (if known)_____
         Name

---

18. **Signature of attorney**    ✗ _____     Date    _____
                                   Signature of attorney for debtor              MM   / DD  / YYYY


_____
Printed name

_____
Firm name

_____
Number      Street

_____   _____   _____
City                                          State      ZIP Code

_____           _____
Contact phone                                 Email address


_____   _____
Bar number                                    State

---

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x

In Re: 193 HANCOCK LLC

Case No.

Chapter 11

Debtor(s)
---------------------------------------------------------x

## VERIFICATION OF CREDITOR MATRIX/LIST OF CREDITORS

The undersigned debtor(s) or attorney for the debtor(s) hereby verifies that the creditor matrix/list of creditors submitted herein is true and correct to the best of his or her knowledge.

Dated: 11/27/23

_____
Debtor

_____
Joint Debtor

s/
_____
Attorney for Debtor

USBC-44                                                                                         Rev. 11/15

Sharestates Investments, LLC, Series BC2017-00993
45 N. Station Plaza
Suite 400
Great Neck, NY 11021

Chondrite REO (7) Inc.
1603 Orrington Avenue
Evanston, IL 60201

Paramount Coverage Inc.
2241 East 1st Street
Brooklyn, NY 11223

1808 Frankford LLC
93-16 71 Drive
Forest Hills, NY 11375

1814 S 20TH LLC
93-16 71 Drive
Forest Hills, NY 11375

1816 S 20TH LLC
93-16 71 Drive
Forest Hills, NY 11375

1915 McClellan LLC
93-16 71 Drive
Forest Hills, NY 11375

2320 Orthodox LLC
93-16 71 Drive
Forest Hills, NY 11375

2327 E York LLC
93-16 71 Drive
Forest Hills, NY 11375

2626 Frankford LLC
93-16 71 Drive
Forest Hills, NY 11375

4742 Richmond St LLC
93-16 71 Drive
Forest Hills, NY 11375

923 Bedford Ave LLC
93-16 71 Drive
Forest Hills, NY 11375

Con Edison
30 Flatbush Avenue
Brooklyn, NY 11217

```
CTI Construction Inc
3050 Whitestone Boulevard Ste 101B
Flushing, NY 11354

Gotham Bedrock LLC
93-16 71 Drive
Forest Hills, NY 11375

National Grid
1 Metrotech Center
Brooklyn, NY 11201

NYC Water Board
59-17 Junction Boulevard
Elmhurst, NY 11373

Small Business Administration
660 American Street
Philadelphia, PA 19147

Unknown Affiliate
93-16 71 Drive
Forest Hills, NY 11375

1121 Pier Village LLC
93-16 71 Drive
Forest Hills, NY 11375
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re: 193 HANCOCK LLC

Case No.
Chapter 11

                                    Debtor(s)
-----------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: ALEX HALIMI
Address: 93-16 71 DRIVE, FOREST HILLS, NY 11375
Email Address: GOTHAMDEEDS@GMAIL.COM
Phone Number: (718) 930-4449

Name of Debtor(s): 193 HANCOCK LLC

### CHECK THE APPROPRIATE RESPONSES:

### ASSISTANCE PROVIDED TO DEBTOR(S):

____ I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

✓ I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

### FEE RECEIVED:

✓ I WAS NOT PAID.

____ I WAS PAID.
        Amount Paid: $ _____.

I/We hereby affirm the information above under the penalty of perjury.

Dated: 11/27/23

                                                                                Filer's Signature

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
www.nyeb.uscourts.gov

STATEMENT PURSUANT TO LOCAL
BANKRUPTCY RULE 1073-2(b)

DEBTOR(S): 193 HANCOCK LLC     CASE NO.: _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor (or any other petitioner) hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes E.D.N.Y LBR 1073-1 and E.D.N.Y LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

[✓] NO ORDER BARRING DEBTOR FROM FILING A PETITION UNDER ANY CHAPTER IS IN EFFECT.

[✓] NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

[ ] THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

   - SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   - SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

2. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

   - SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

   - SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):
     REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

**DISCLOSURE OF RELATED CASES (cont'd)**

3. CASE NO.: _____ JUDGE: _____ DISTRICT/DIVISION: _____

   CASE PENDING: (YES/NO): _____ [*If closed*] Date of Closing: _____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED: (*Refer to NOTE above*): _____

- **SCHEDULE A/B: PROPERTY "OFFICIAL FORM 106A/B - <u>INDIVIDUAL</u>" PART 1 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 1" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

- **SCHEDULE A/B: ASSETS – REAL PROPERTY "OFFICIAL FORM 206A/B - <u>NON-INDIVIDUAL</u>" PART 9 (REAL PROPERTY):**
  REAL PROPERTY AS LISTED IN DEBTOR'S SCHEDULE "A/B – PART 9" WHICH WAS ALSO LISTED IN SCHEDULE "A/B" OF RELATED CASES: _____

NOTE: Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): _____

CERTIFICATION (to be signed by pro-se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that:
- The within bankruptcy case is not related to any case pending, or pending within the last eight years, except as indicated on this form.
- I, the above-named debtor, am currently not barred by any order of this court from filing for bankruptcy.

_____  *[signature]*
Signature of Debtor's Attorney    Signature of Pro-se Debtor/Petitioner

93-16 71 DRIVE
Mailing Address of Debtor/Petitioner

FOREST HILLS, NY 11375
City, State, Zip Code

GOTHAMDEEDS@GMAIL.COM
Email Address

718-930-4449
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

2

## CERTIFICATE OF RESOLUTIONS OF 193 HANCOCK LLC

Alex Halimi, Manager of Gotham Deeds LLC, as Managing Member of 193 Hancock LLC, a New York Limited Liability Company (the "Company"), hereby certifies that at a meeting of the Managing Members of the Company duly called and held on November 24, 2023, the following resolutions were duly adopted in accordance with the requirements of the applicable laws and that said resolutions have not been modified or rescinded, and are still in full force and effect on the date hereof:

RESOLVED, that in the judgment of the Managing Members of the Company, it is desirable and in the best interests of the Company, its members, creditors, employees, and other interested parties that a petition be filed by the Company seeking relief under the provisions of Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq. (as amended, the "Bankruptcy Code"); and it is

FURTHER RESOLVED that the officers and/or members of the Company be and each hereby is authorized and directed to take any and all further action and to execute and deliver any and all such further instruments and documents, including to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolution adopted herein; and it is

FURTHER RESOLVED, that Alex Halimi, Managing Member of Gotham Deeds LLC, shall represent 193 Hancock LLC under Chapter 11 of the Bankruptcy Code.

In witness hereof I have hereunto set my hand this 24th day of November, 2023.

_____  11/24/23        _____
By: Gotham Deeds LLC            Date            By: Urban Legend LLC            Date
By: Alex Halimi, Managing Member                By: Saul Mazor, Member

**Fill in this information to identify the case:**

Debtor name: 193 HANCOCK LLC

United States Bankruptcy Court for the: EASTERN District of NY

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 1 | PARAMOUNT COVERAGE INC 2241 E. 1ST STREET BROOKLYN, NY 11223 | RONNIE LEVY 917-498-2154 RONNIE@PARAMOUNTCOVERAGE.COM | INSURANCE PREMIUMS | | | | 62,000.00 |
| 2 | 1808 FRANKFORD LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 965.00 |
| 3 | 1814 S 20TH LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 870.00 |
| 4 | 1816 S 20TH LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 1,016.00 |
| 5 | 1915 MCCLELLAN LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 1,270.00 |
| 6 | 2320 ORTHODOX LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 3,005.00 |
| 7 | 2327 E YORK LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 504.00 |
| 8 | 2626 FRANKFORD LLC 93-16 71 DRIVE FOREST HILLS, NY 11375 | ALEX HALIMI 718-930-4449 GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 91,250.00 |

Debtor  **193 HANCOCK LLC**    Case number (if known) _____

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | 4742 RICHMOND ST LLC<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 1,200.00 |
| 10 | 923 BEDFORD AVE LLC<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 7,410.00 |
| 11 | CON EDISON<br>30 FLATBUSH AVENUE<br>BROOKLYN, NY 11217 | | ELECTRIC UTILITIES | | | | UNKNOWN |
| 12 | CTI CONSTRUCTION INC<br>3050 WHITESTONE EXPWY<br>STE 101B<br>FLUSHING, NY 11354 | JONATHAN CHANG<br>646-302-2910<br>JCKDCC@GMAIL.COM | CONSTRUCTION SERVICES | UNLIQUIDATED | | | 24,000.00 |
| 13 | GOTHAM BEDROCK LLC<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 102,050.00 |
| 14 | NATIONAL GRID<br>1 METROTECH CENTER<br>BROOKLYN, NY 11201 | | GAS UTILITIES | | | | UNKNOWN |
| 15 | NYC WATER BOARD<br>59-17 JUNCTION BLVD<br>ELMHURST, NY 11373 | | WATER UTILITIES | | | | UNKNOWN |
| 16 | SMALL BUSINESS ADMINISTRATION<br>660 AMERICAN STREET<br>PHILADELPHIA, PA 19147 | | LOAN | | | | 149,900.00 |
| 17 | UNKNOWN AFFILIATE<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 1,403,244.80 |
| 18 | UNKNOWN AFFILIATE<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 5,050.00 |
| 19 | 1121 PIER VILLAGE LLC<br>93-16 71 DRIVE<br>FOREST HILLS, NY 11375 | ALEX HALIMI<br>718-930-4449<br>GOTHAMDEEDS@GMAIL.COM | INTERCOMPANY LOAN | | | | 49,738.00 |
| 20 | | | | | | | |